UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
10-1025-JGD

UNITED STATES OF AMERICA

v.

Ralph Mitchell

## ORDER

April 8, 2010

DEIN, M.J.

To the extent that the parties, by way of their Joint Motion to Continue Preliminary Examination and to Exclude Time Under the Speedy Trial Act (Docket No. #8), seek to continue the date for that preliminary examination, the motion is allowed, and the preliminary examination - if necessary - shall be held on **May 05, 2010 at 3:00pm**.

To the extent, however, that the parties, by way of that joint motion, seek excludable time under the Speedy Trial Act, this court does not have the authority to grant the relief requested, and that matter – relating to the period of time within which an indictment must be brought – must be brought to the miscellaneous business docket.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge